PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Sharif Hall  Cr.: 11-00666-001
PACTS #: 61171

Name of Sentencing Judicial Officer:   THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/31/2012

Original Offense:   18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm

Original Sentence: 100 months imprisonment, 24 months supervised release

Special Conditions: Special Assessment, Mental Health Treatment

Type of Supervision: Supervised Release   Date Supervision Commenced: 05/07/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1   The offender has violated the special supervision condition which states **'You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.'**

Mr. Hall missed his scheduled treatment appointment on March 26, 2021.

2   The offender has violated the special supervision condition which states: **'ALCOHOL/DRUG TESTING AND TREATMENT; You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'**

On March 19, 2021, Mr. Hall tested positive for marijuana use. The specimen was sent to the laboratory for further testing.

Prob 12A – page 2
Sharif Hall

U.S. Probation Officer Action:
To address the issues of non-compliance noted above, the undersigned participated in a conference call with both Mr. Hall and the treatment provider. Mr. Hall reported he was having transportation issues which caused him to miss his treatment appointment, due to his car being towed on March 18, 2021. He was advised, he is to contact the undersigned to report all issues and concerns prior to not showing up to a scheduled treatment appointment.  The undersigned verbally reprimanded him for using marijuana and discussed healthier coping skills and tools. Our office will continue to monitor his substance use and overall compliance.  If any other issues arise, the Court will be notified immediately.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Julie Chowdhury*
By:   JULIE CHOWDHURY
U.S. Probation Officer

/ jc

APPROVED:

*Suzanne Golda-Martinez*     3/29/2021
SUZANNE GOLDA-MARTINEZ        Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[x]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other: Status Conference Scheduled for _____

_____
Signature of Judicial Officer
Hon. Esther Salas, U.S.D.J.

3/29/2021
Date